IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES DAVID PROCTOR        :

    v.                         :        CIVIL NO. L-95-3834

EUGENE M. NUTH, ET AL.     :

ORDER

On September 30, 1999, this Court granted in part and denied in part the Petition for a Writ of Habeas Corpus filed by James D. Proctor. For the reasons set forth in the Court's Memorandum and Order of September 30, 1999, the Court hereby ORDERS that:

(i) this Order shall constitute a Writ of the Court;

(ii) on or before April 29, 2000, the Respondents shall release the Petitioner from custody, unless he is re-tried before that date;

(iii) if the State does not re-try the Petitioner before April 29, 2000, the State shall release the Petitioner, but the State may re-try him thereafter, unless a retrial would violate the Petitioner's speedy trial rights, a matter on which the Court expresses no opinion at this time; and

(iv) because this Court finds that the prosecutor's knowledge as to the truth of the mercury bullet theory is debatable among reasonable jurists, the Court GRANTS the Petitioner's Motion for a Certificate of Appealability with

regards to this issue.

IT IS SO ORDERED this 29TH day of November, 1999.

                                                Benson Everett Legg
                                                United States District Judge